IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN L. PHILLIPS, SR.,

      Plaintiff,                                                                ORDER

  v.

                                                      Case No.  26-cv-408-wmc

LEWIS, et al.

      Defendants.

On May 1, 2026, plaintiff John L. Phillips, Sr. was ordered to submit a certified trust fund account statement for the six-month period immediately preceding the filing of the compliant so that I could determine if plaintiff qualifies for indigent status and, if so, assess an initial partial payment of the $350 filing fee.  A decision regarding plaintiff's indigency cannot be made at this time because plaintiff has not submitted the account statement.

Plaintiff has submitted an amended financial affidavit.  The amended affidavit is insufficient to determine if plaintiff qualifies for indigent status.  Instead, plaintiff must submit a resident account statement from his current facility.  Once plaintiff has submitted the required statement, then I will calculate an initial partial payment and advise plaintiff of the amount due.

ORDER

IT IS ORDERED that plaintiff John L. Phillips, Sr. may have until June 26, 2026 to submit a certified copy of a resident account statement for a trust fund account statement for the period he has been in custody at his current facility.  If plaintiff fails to respond to this order by June 26, 2026, then I will assume that plaintiff wishes to withdraw

this action voluntarily.   In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

Entered this 1st day of June, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge